UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 09-1563

In re: Grossman's Inc., et al.,

Debtors

JELD-WEN, Inc., f/k/a Grossman's Inc.,

Appellant

v.

Gordon Van Brunt, Individually and in his capacity as
Personal Representative of the Estate of Mary Van Brunt*

*Amended pursuant to Fed.R.App.P. 43

(D. Del. Civil Action No. 08-cv-00427)

Present:  SCIRICA, *Chief Judge*,
SLOVITER, McKEE, BARRY, AMBRO, FUENTES,
SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
GREENAWAY and ROTH, *Circuit Judges*.

**ORDER**

The Court, *sua sponte*, orders rehearing *en banc* in the above captioned appeal.

The matter will be submitted at the convenience of the Court.

BY THE COURT,

/s/ Anthony J. Scirica
Chief Judge

Date:  April 27, 2010
cc: Christopher M. Alston Esq.
Daniel K. Hogan Esq.
David J. Parsons Esq.
Frederick B. Rosner Esq.
Sander L. Esserman, Esq